### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Corrigan<br>Jennifer Fox-Corrigan<br>aka Jennifer Fox<br><br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-14784 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                           Respectfully submitted,
                                           **/s/ Kevin G. McDonald, Esq.**
                                           Kevin G. McDonald, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322