## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel Corrigan<br>        Jennifer Fox-Corrigan aka Jennifer Fox<br>                        Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                        Movant<br>            vs. | |
| Daniel Corrigan<br>Jennifer Fox-Corrigan aka Jennifer Fox<br>                        Debtors | NO. 18-14784 MDC |
| William C. Miller Esq.<br>                        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about October 9, 2018 (Document No. 19).

                                  Respectfully submitted,

                                  **/s/ Rebecca A. Solarz, Esquire**
                                  Rebecca A. Solarz, Esquire
                                  Kevin G. McDonald, Esquire
                                  Attorneys for Movant
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322

November 2, 2018