IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : |  |
| : |  |
| Daniel Corrigan : |  |
| Jennifer Fox-Corrigan : |  |
| : | Case No.: 18-14784MDC |
| : |  |
| Debtor(s) : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Avoid Lien with Capital One Bank, N.A .filed at Docket Number 16.

Dated: November 5, 2018         /s/ Brad J. Sadek, Esquire
                                Brad J. Sadek, Esquire
                                Sadek and Cooper
                                "The Philadelphia Building"
                                1315 Walnut Street, #502
                                Philadelphia, PA 19107
                                215-545-0008