UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Daniel Corrigan & | : | |
| Jennifer Fox-Corrigan | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 18-14784MDC |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this __8th__ day of __November__, 2018 upon consideration of the Motion of Daniel Corrigan & Jennifer Fox-Corrigan to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of Capital One Bank, N.A. on Debtor's real property located at 1036 Sunset Street, Marcus Hook, PA 19061, is AVOIDED upon DISCHARGE.

_____
Judge Magdeline D. Coleman