United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel Corrigan  
Jennifer Fox-Corrigan  
    Debtors

Case No. 18-14784-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: CarolP     Page 1 of 1     Date Rcvd: Nov 08, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.  
db/jdb         +Daniel Corrigan,    Jennifer Fox-Corrigan,    1036 Sunset Street,    Trainer, PA 19061-5224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
         BRAD J. SADEK    on behalf of Joint Debtor Jennifer  Fox-Corrigan brad@sadeklaw.com, bradsadek@gmail.com  
         BRAD J. SADEK    on behalf of Debtor Daniel  Corrigan brad@sadeklaw.com, bradsadek@gmail.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                          TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Daniel Corrigan & | : | |
| Jennifer Fox-Corrigan | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 18-14784MDC |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this __8th__ day of __November__, 2018 upon consideration of the Motion of Daniel Corrigan & Jennifer Fox-Corrigan to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of Capital One Bank, N.A. on Debtor's real property located at 1036 Sunset Street, Marcus Hook, PA 19061, is AVOIDED upon DISCHARGE.

_____
Judge Magdeline D. Coleman