# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel Corrigan<br>Jennifer Fox-Corrigan aka Jennifer Fox<br>　　　　　　　　Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　　Movant<br>　　vs. | |
| Daniel Corrigan<br>Jennifer Fox-Corrigan aka Jennifer Fox<br>　　　　　　　　Debtors | NO. 18-14784 MDC |
| William C. Miller Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about November 5, 2018 (Document No. 30).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

November 29, 2018