IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| | : | |
| Daniel Corrigan | : | Chapter 13 |
| Jennifer Fox-Corrigan | : | |
| | : | Case No. 18-14784MDC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 56.

Dated: October 8, 2019                                         /s/ Brad J. Sadek, Esquire
                                                                              Brad J. Sadek, Esquire
                                                                              Sadek and Cooper
                                                                              1315 Walnut Street, Suite 502
                                                                              Philadelphia, PA 19107
                                                                              215-545-0008