IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Daniel Corrigan<br>    Jennifer Fox-Corrigan | :<br>:<br>:<br>: Case No.: 18-14784MDC<br>:<br>: Chapter 13 |
| Debtor(s) | |

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,300.00

**Dated:** December 13, 2019

*Magdeline D. Coleman*
**Honorable Chief Judge Magdeline D. Coleman**