United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel Corrigan  
Jennifer Fox-Corrigan  
    Debtors

Case No. 18-14784-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Dec 13, 2019  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
db/jdb    +Daniel Corrigan, Jennifer Fox-Corrigan, 1036 Sunset Street, Trainer, PA 19061-5224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
    BRAD J. SADEK    on behalf of Joint Debtor Jennifer Fox-Corrigan brad@sadeklaw.com, bradsadek@gmail.com
    BRAD J. SADEK    on behalf of Debtor Daniel Corrigan brad@sadeklaw.com, bradsadek@gmail.com
    KEVIN G. MCDONALD    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Daniel Corrigan
    Jennifer Fox-Corrigan

Case No.: 18-14784MDC

Debtor(s)

Chapter 13

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,300.00

**Dated:** December 13, 2019

**Honorable Chief Judge Magdeline D. Coleman**