### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel Corrigan<br>         Jennifer Fox-Corrigan aka Jennifer Fox<br>                        Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>                        Movant<br>         vs. | NO. 18-14784 MDC |
| Daniel Corrigan<br>Jennifer Fox-Corrigan aka Jennifer Fox<br>                        Debtor(s) | |
| Kenneth E. West Esq.<br>                        Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this  14th  day of  September  2022, at Philadelphia, upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on April 22, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Daniel Corrigan
1036 Sunset Street
Trainer, PA 19061

Jennifer Fox-Corrigan aka Jennifer Fox
1036 Sunset Street
Trainer, PA 19061

Brad J. Sadek Esq.
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532