Certificate Number: 03088-PAE-DE-037604317

Bankruptcy Case Number: 18-14784



03088-PAE-DE-037604317

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2023, at 11:22 o'clock AM CDT, Daniel J Corrigan completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 19, 2023

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor