United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                Case No. 18-14784-mdc

Daniel Corrigan                                                                                              Chapter 13

Jennifer Fox-Corrigan

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Corrigan, Jennifer Fox-Corrigan, 1036 Sunset Street, Trainer, PA 19061-5224 |
| 14764035 | | Lakeview Loan Servicing, LLC, PO BOX 1288, Buffalo, NY 14240-1288 |
| 14742555 | + | Lakeview Loan Servicing, LLC, ATTN: Payment Processing,, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14210601 | + | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD.ESQUIRE, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14168057 | | Email/Text: bankruptcy-Letters@accountcontrolholdings.com | Jul 27 2023 23:35:00 | Account Control Techno, 21700 Oxnard St Ste 1400, Woodland Hills, CA 91367 |
| 14168059 | | Email/Text: ebn@americollect.com | Jul 27 2023 23:35:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14168058 | ^ | MEBN | Jul 27 2023 23:33:10 | Aldous, Po Box 171374, Holladay, UT 84117-1374 |
| 14201889 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 23:39:27 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14168060 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 23:39:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14187550 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 23:39:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14203350 | ^ | MEBN | Jul 27 2023 23:33:09 | Lakeview Loan Servicing, LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 14168062 | | Email/Text: camanagement@mtb.com | Jul 27 2023 23:35:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14168063 | + | Email/PDF: cbp@omf.com | Jul 27 2023 23:39:42 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14168065 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 23:34:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 28 |

| 14205578 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 27 2023 23:34:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14168064 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 27 2023 23:34:00 | Pnc Bank, Attn: Bankruptcy Department, 6750 Miller Road; Mailstop Br-Yb58-10-3, Brecksville, OH 44141 |
| 14187420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 27 2023 23:50:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14169364 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Jul 27 2023 23:39:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14168066 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 27 2023 23:39:27 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14168067 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jul 27 2023 23:35:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14189025 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jul 27 2023 23:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14254060 | + | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Jul 27 2023 23:34:00 | U S Department of Education, P O Box 16448, Saint Paul, MN 55116-0448 |
| 14168069 | + | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jul 27 2023 23:35:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14205256 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 27 2023 23:39:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14168073 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 27 2023 23:34:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14168074 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 27 2023 23:34:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14168061 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14168068 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14189026 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14221757 | *+ | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD,ESQUIRE, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14221758 | *+ | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD,ESQUIRE, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14210602 | *+ | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD.ESQUIRE, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14168070 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14168071 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14168072 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 27, 2023                       Form ID: 138OBJ                           Total Noticed: 28

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

BRAD J. SADEK
                    on behalf of Joint Debtor Jennifer Fox-Corrigan brad@sadeklaw.com
                    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
                    on behalf of Debtor Daniel Corrigan brad@sadeklaw.com
                    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
                    on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
                    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daniel Corrigan and Jennifer
Fox−Corrigan

          Debtor(s)                                         Case No: 18−14784−mdc

                                                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/27/23