# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Daniel Corrigan**<br>**Jennifer Fox-Corrigan aka**<br>**Jennifer Fox**<br>　　　　　　　　　**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Daniel Corrigan**<br>**Jennifer Fox-Corrigan aka Jennifer Fox**<br>　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>　　　　　　　　　**Trustee** | **BK NO. 18-14784 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 10, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Daniel Corrigan
1036 Sunset Street
Trainer, PA 19061

Jennifer Fox-Corrigan aka Jennifer Fox
1036 Sunset Street
Trainer, PA 19061

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: November 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Michael P. Farrington**
　　　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com